

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>SHIRZAD MEHRRAFIEE<br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-MJ-00593-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _the government_____, IT IS ORDERED that a detention hearing is set for _February 12_____, _2025_____, at _10:30____ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _February 10, 2025_____

_/s/ Karen L. Stevenson_
U.S. ~~District Judge~~/Magistrate Judge